IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KAREN RIVERA**                                                                    **PLAINTIFF**

**v.**                       **3:11-CV-00198-BRW**

**JPMORGAN CHASE BANK NA**                                 **DEFENDANT**

**ORDER**

      Pending is Defendant's Request for Oral Argument (Doc. No. 28). The Motion is tentatively GRANTED. I will probably set a date for oral argument once I have reviewed all the papers.

      IT IS SO ORDERED this 21st day of March, 2012.

                                                                 /s/ Billy Roy Wilson
                                                       UNITED STATES DISTRICT JUDGE