# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KAREN RIVERA                                                                                           PLAINTIFF

v.                                          No. 3:11CV00198 JLH

JPMORGAN CHASE BANK, N.A.                                                                 DEFENDANT

## ORDER

Pursuant to the Memorandum Opinion entered separately today, the motion to dismiss filed by JPMorgan Chase Bank, N.A., is GRANTED. Document #16. The complaint of Karen Rivera is dismissed without prejudice. If Rivera wishes to file an amended complaint, she should file a motion for leave to amend within thirty days from the entry of this Order. If she files such a motion, JPMorgan Chase Bank may respond within the time provided by Local Rule 7.2. If a motion for leave to amend is not filed, the Court will assume that Rivera has decided to stand on her pleadings and will enter final judgment dismissing the complaint with prejudice, so that an appeal may be taken.

IT IS SO ORDERED this 11th day of May, 2012.

*/s/ J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT COURT