IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KAREN RIVERA                                                                          PLAINTIFF

v.                                    Case No. 3:11-cv-198-JLH

JP MORGAN CHASE BANK, N.A.                                                   DEFENDANT

---

MOTION FOR LEAVE TO FILE AMENDED CLASS ACTION COMPLAINT

---

Plaintiff Karen Rivera, for her Motion for Leave to File Amended Class Action Complaint, states:

**INTRODUCTION**

1. Plaintiff is Karen Rivera. Defendant is JP Morgan Chase Bank, N.A.

2. Plaintiff sued Defendant for violations of the Arkansas Deceptive Trade Practices Act § 18-50-101, *et seq.*, unjust enrichment, and slander of title. Document 1. Plaintiff seeks class certification of her claims. *Id.*

3. Defendant filed a Motion to Dismiss and Declaration and Memorandum of Law in Support on January 19, 2012. Documents 16-18. Plaintiff filed a Response on February 27, 2012. Document 23. Defendant filed a Reply on March 12, 2012. Document 30.

4. The Court entered a Memorandum Opinion and Order granting Defendant's Motion to Dismiss on May 11, 2012. Documents 37 and 38. The Court's Order dismissed Plaintiff's complaint without prejudice and stated that if Plaintiff wished to file an amended complaint, she should file a motion for leave to amend within 30 days. Document 38.

5. As directed by the Court, Plaintiff seeks leave to file an Amended Class Action Complaint.

1

## ARGUMENT

6.  Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2). *Foman v. Davis*, 371 U.S. 178, 182 (1962). Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Foman*, 371 U.S. at 182.

7.  Here, Plaintiff timely filed her motion for leave to amend and as directed by the Court. Defendant, therefore, will not be prejudiced and the litigation will not be unduly delayed.

8.  Plaintiff's Amended Class Action Complaint is attached as Exhibit A. Plaintiff's Amended Class Action Complaint more specifically sets forth her claims' factual basis regarding fees illegally collected by Defendant from non-judicial foreclosure proceedings in its roles as a national bank and as trustee for residential mortgage-backed securitization trusts.

## CONCLUSION

For these reasons, Plaintiff asks the Court to grant leave to file her Amended Class Action Complaint.

Dated: June 7, 2012.                               Respectfully submitted,

/s/ Corey D. McGaha
Scott E. Poynter
Chris D. Jennings
Will T. Crowder
Corey D. McGaha
EMERSON POYNTER LLP
500 President Clinton Ave., Ste 305
Little Rock, AR 72201

John G. Emerson (08012)
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058
Phone: (281) 488-8854
Fax: (281) 488-8867

Joel Hargis
CRAWLEY DELOACHE & HARGIS
533 West Washington
Jonesboro, AR 72401

Kathy A. Cruz
THE CRUZ LAW FIRM
1325 Central Avenue
Hot Springs, AR 71901

Todd Turner
Dan Turner
ARNOLD, BATSON, TURNER &
TURNER, P.A.
501 Crittenden Street
P.O. Box 480
Arkadelphia, AR 71923

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  I certify that on June 7, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all attorneys of record.

                     /s/ Corey D. McGaha