# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

KAREN RIVERA                                                                                           PLAINTIFF

v.                                    No. 3:11CV00198 JLH

JPMORGAN CHASE BANK, N.A.                                                              DEFENDANT

### ORDER

The defendant has filed a motion for extension of time in which to respond to the plaintiff's motion for leave to file amended class action complaint. Without objection, the motion is GRANTED. Document #40. The deadline for the defendant to file its response is hereby extended up to and including July 9, 2012.

IT IS SO ORDERED this 14th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE