**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

KAREN RIVERA                                                                                       PLAINTIFF

v.                                        No. 3:11CV00198 JLH

JPMORGAN CHASE BANK, N.A.                                                          DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered on May 11, 2012 (Document #37), and the Order entered separately today, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 31st day of July, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE